IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EUGENE ROBINSON,

           Plaintiff,

      v.

NJ DEPARTMENT OF CORRECTIONS
and CAMDEN COUNTY CORRECTIONAL
FACILITY,

           Defendants.

Civil Action
No. 16-6767 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

Plaintiff Eugene Robinson seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**October 19, 2016**         **s/ Jerome B. Simandle**
Date                      JEROME B. SIMANDLE
                           Chief U.S. District Judge